IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VINITA JOHNSON,

    Plaintiff,

v.

CIVIL NO. 3:16cv923-HEH

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
*et al.*,

    Defendants.

## FINAL ORDER
(Adopting Report and Recommendation of the Magistrate Judge)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on September 5, 2017 (ECF No. 44). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 44) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Defendant Johnson Controls, Inc.'s Motion to Dismiss (ECF No. 22) is GRANTED.

(3) Plaintiff's Amended Complaint (ECF No. 7) is DISMISSED WITH PREJUDICE as to Defendant Johnson Controls, Inc.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record and *pro se* Plaintiff at her address of record.

It is so ORDERED.

Richmond, Virginia
Date: Sept 26, 2017

/s/
Henry E. Hudson
United States District Judge