IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| VINITA JOHNSON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Civil Action No. 3:16CV923-HEH |
|  | ) |  |
| NANCY A. BERRYHILL, | ) |  |
| Acting Commissioner of | ) |  |
| Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## FINAL ORDER
**(Adopting Report and Recommendation of Magistrate Judge)**

THIS MATTER is before the Court on the Report and Recommendation of the Magistrate Judge entered on January 5, 2018 (ECF No. 51). Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 51) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 32) is DENIED.

(3) Defendant's Motion for Summary Judgment (ECF No. 39) is GRANTED.

(4) This case is hereby AFFIRMED.

(5) Plaintiff's Motion for Granting Further Relief (ECF No. 50) is DENIED

(6) This case is CLOSED.

Should Plaintiff wish to appeal, written notice of appeal must be filed with the Clerk of Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right of appeal.

The Clerk is DIRECTED to send a copy of this Final Order and the accompanying Memorandum Opinion to all counsel of record and to Plaintiff, who appears *pro se*.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: March 22, 2018
Richmond, VA